LEONARD I. PAUL *vs.* CHARLES BISSETT.

Bristol. October 25.— 26, 1876. DEVENS & LORD, JJ., absent.

No exception can be sustained to the exclusion, at the trial of an action of assault and battery, of evidence of threats made by the plaintiff to assault the defendant, in the absence of anything to show that they were made at such times, or under such circumstances, as to have any bearing upon the issue on trial.

TORT for an assault and battery. The answer contained a general denial, and alleged that the assault was in self-defence. Trial in the Superior Court, before *Allen*, J., who allowed the following bill of exceptions :

" The defendant offered evidence of threats of the plaintiff to assault him and beat him, made at different times previous to the assault relied on by the plaintiff. This evidence was excluded. The evidence as to the assault, the manner of it, and extent, and whether the defendant was acting in self-defence, was conflicting. The jury returned a verdict for the plaintiff ; ' and the defendant alleged exceptions.

*J. Brown*, for the defendant.

*S. R. Townsend*, for the plaintiff.

BY THE COURT. There is nothing in the bill of exceptions to show that the threats were made at such times or under such cir cumstances as to have any bearing upon the issue on trial.

*Exceptions overruled.*